UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UN RE: ASBESTOS PRODUCTS | ) | MDL DOCKET NO: MDL 875 |
| LIABILITY LITIGATION (NO. VI) | ) | Transfer State: Wisconsin |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| EUGENE SCHUMACHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Court No. 2:11-CV-63515 |
| v. | ) |
| | ) |
| A.W. CHESTERTON COMPANY, et al., | ) |
| Defendants. | ) |

## APPEARANCE

The undersigned, as attorney, enters the appearance and jury demand of the defendant:

ALFA LAVAL INC

                                                             s/ Rick C. Shea
                                                             One of Its Attorneys

Robert J. Meyer
Rick C. Shea
Swanson, Martin & Bell LLP
330 N. Wabash, Suite 3300
Chicago, Illinois 60611
312-321-9100

I certify that a copy of the within instrument was served on all parties who have appeared and have not heretofore been found by the Court to be in default for failure to plead.

                                                             s/Rick C. Shea
                                                            Attorney for Defendant