UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

EUGENE A. SCHUMACHER,

Plaintiff,

v.

A.W. CHESTERTON COMPANY, et al.,

Defendants.

Case No. 01 MDL 875

Case No. 11-63515

Trans. From WI-ED Case No. 11-0112

---

## TARKETT, INC'S NOTICE OF APPEARANCE

---

     PLEASE TAKE NOTICE that Anthony M. Goldner and Kent A. Rogers of the law firm Wilson, Elser, Moskowitz, Edelman & Dicker, LLP hereby give notice of their appearance for Defendant, TARKETT, INC. Please serve all further pleadings, correspondences, and other papers on the undersigned at the address stated below. Please direct all ECF notices to Attorney Goldner at Anthony.Goldner@wilsonelser.com and Attorney Rogers at Kent.Rogers@wilsonelser.com.

     Dated this 7th day of September, 2011

                       Respectfully submitted,

                       **TARKETT, INC.**

                       By: /s/ Anthony M. Goldner
                             One of Its Attorneys

Anthony M. Goldner
Kent A. Rogers
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
55 West Monroe, Suite 3800
Chicago, Illinois 60603
(312) 704-0550

1041693.1

2

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 7, 2011 I forwarded a true and correct copy of the foregoing to all counsel of record via ECF procedures and/or United States mail, postage prepaid.

                 By: /s/ Anthony M. Goldner